UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELMO M. HEGWOOD, ET AL.

VERSUS

DSM COPOLYMER, INC., ET AL.

CIVIL ACTION

NO. 10-145-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 8, 2010 (doc. no. 20) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand (doc. no. 7) is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this ____ day of December, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

19th JDC - certified copy